**Order entered June 10, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00473-CV

## IN RE JASON ROGERS AND HAPPY DOG ENTERPRISES, P.A., Relators

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14135**

## ORDER
Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relators' petition for writ of mandamus.

/s/    LANA MYERS
       JUSTICE